# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852

| | |
|---|---|
| Total Hours Worked: | 36.00 |
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| | | |
|---|---|---|
| Page 001 of 001 | | |
| Period Beg/End | 06/14/2019 – 06/20/2019 | |
| Advice Date: | 06/27/2019 | |
| Advice Number: | 44022998 | |
| Batch Number: | 62063 | |
| Employee No: | 343291 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 526.68 | 18467.69 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 526.68 | 18467.69 |
| **Deductions** | | |
| Pre-tax | 26.33 | 923.38 |
| Taxes | 78.27 | 2923.46 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 104.60 | 3846.84 |
| NET PAY | $422.08 | $14,620.85 |
| Federal Earnings | 500.35 | 17544.31 |
| FICA Earnings | 526.68 | 18467.69 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 06/20/19 Regular | 14.630 | | 36.00 | | |
| Total | | | 36.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |
| 401K | 26.33 | 923.38 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 188.08 |
| FICA | 32.65 | 1144.97 |
| Medicare | 7.64 | 267.82 |
| PA W/H | 16.17 | 566.97 |
| PA SUI W/H | .32 | 11.08 |
| PA, Philadelphia Cit | 20.49 | 718.54 |
| PA LST, Tredyffrin T | 1.00 | 26.00 |
| **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| | |
|---|---|
| Advice Number: | 44022998 |
| Advice Date: | 06/27/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 422.08 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | | |
|---|---|---|
| Period Beg/End | 06/07/2019 - 06/13/2019 |
| Advice Date: | 06/20/2019 |
| Advice Number: | 43847845 |
| Batch Number: | 61872 |
| Employee No: | 343291 |

Page 001 of 001

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

| | |
|---|---|
| Total Hours Worked: | 36.00 |
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 526.68 | 17941.01 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 526.68 | 17941.01 |
| **Deductions** | | |
| Pre-tax | 26.33 | 897.05 |
| Taxes | 78.27 | 2845.19 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 104.60 | 3742.24 |
| NET PAY | $422.08 | $14,198.77 |
| Federal Earnings | 500.35 | 17043.96 |
| FICA Earnings | 526.68 | 17941.01 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| | | |
| **Pre-Tax Deductions** | | |
| 401K | 26.33 | 897.05 |

| Wages | Reg | Prem | Reg | OT | DT |
|---|---|---|---|---|---|
| WkEnding Type | Rate | Rate | Hours | Hours | Hours |
| 06/13/19 Regular | 14.630 | | 36.00 | | |
| | Total | | 36.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 188.08 |
| FICA | 32.65 | 1112.32 |
| Medicare | 7.64 | 260.18 |
| PA W/H | 16.17 | 550.80 |
| PA SUI W/H | .32 | 10.76 |
| PA, Philadelphia Cit | 20.49 | 698.05 |
| PA LST, Tredyffrin T | 1.00 | 25.00 |
| **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| | |
|---|---|
| Advice Number: | 43847845 |
| Advice Date: | 06/20/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Richard M Gaines** | XXXX4401 | 422.08 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | | | |
|---|---|---|---|
| Page 001 of 001 | | | |
| Period Beg/End | 05/31/2019 - 06/06/2019 | | |
| Advice Date: | 06/13/2019 | | |
| Advice Number: | 43676722 | | |
| Batch Number: | 61688 | | |
| Employee No: | 343291 | | |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

Total Hours Worked: 30.00
Basis of Pay: Hourly
Pay Rate: 14.63

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 614.46 | 17414.33 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 614.46 | 17414.33 |
| **Deductions** | | |
| Pre-tax | 30.72 | 870.72 |
| Taxes | 91.15 | 2766.92 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 121.87 | 3637.64 |
| NET PAY | $492.59 | $13,776.69 |
| Federal Earnings | 583.74 | 16543.61 |
| FICA Earnings | 614.46 | 17414.33 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 06/06/19 Regular | 14.630 | | 30.00 | | |
| 06/06/19 Vacation | 14.630 | | 12.00 | | |
| Total | | | 42.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |
| 401K | 30.72 | 870.72 |
| **Taxes** | | |
| Federal W/H | | 188.08 |
| FICA | 38.10 | 1079.67 |
| Medicare | 8.91 | 252.54 |
| PA W/H | 18.86 | 534.63 |
| PA SUI W/H | .37 | 10.44 |
| PA, Philadelphia Cit | 23.91 | 677.56 |
| PA LST, Tredyffrin T | 1.00 | 24.00 |
| **Additional Deductions** | | |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 43676722
Advice Date: 06/13/2019

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 492.59 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

**For Inquiries on this statement please call: (800)260-0852**

| | |
|---|---|
| Total Hours Worked: | 32.00 |
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| | | |
|---|---|---|
| Page 001 of 001 | | |
| Period Beg/End | 05/24/2019 - 05/30/2019 | |
| Advice Date: | 06/06/2019 | |
| Advice Number: | 43502079 | |
| Batch Number: | 61495 | |
| Employee No: | 343291 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 468.16 | 16799.87 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 468.16 | 16799.87 | | | |
| Deductions | | | | | |
| Pre-tax | 23.41 | 840.00 | | | |
| Taxes | 69.68 | 2675.77 | **Pre-Tax Deductions** | | |
| Additional Deductions | .00 | .00 | 401K | 23.41 | 840.00 |
| Total Deductions | 93.09 | 3515.77 | | | |
| NET PAY | $375.07 | $13,284.10 | | | |
| Federal Earnings | 444.75 | 15959.87 | | | |
| FICA Earnings | 468.16 | 16799.87 | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | | | | | | Federal W/H | | 188.08 |
| 05/30/19 Regular | 14.630 | | 32.00 | | | FICA | 29.03 | 1041.57 |
| | | | | | | Medicare | 6.79 | 243.63 |
| | | Total | 32.00 | .00 | .00 | PA W/H | 14.37 | 515.77 |
| | | | | | | PA SUI W/H | .28 | 10.07 |
| | | | | | | PA, Philadelphia Cit | 18.21 | 653.65 |
| | | | | | | PA LST, Tredyffrin T | 1.00 | 23.00 |
| | | | | | | **Additional Deductions** | | |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| | |
|---|---|
| Advice Number: | 43502079 |
| Advice Date: | 06/06/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 375.07 |

**NON-NEGOTIABLE**

## Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

Page 001 of 001

| | | |
|---|---|---|
| Period Beg/End | 05/17/2019 ~ 05/23/2019 | |
| Advice Date: | 05/30/2019 | |
| Advice Number: | 43334949 | |
| Batch Number: | 61350 | |
| Employee No: | 343291 | |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

**For Inquiries on this statement please call: (800)260-0862**
Total Hours Worked:    35.00
Basis of Pay:    Hourly
Pay Rate:    14.63

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 512.05 | 16331.71 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 512.05 | 16331.71 | | | |
| **Deductions** | | | | | |
| Pre-tax | 25.60 | 816.59 | | | |
| Taxes | 76.12 | 2606.09 | **Pre-Tax Deductions** | | |
| Additional Deductions | .00 | .00 | 401K | 25.60 | 816.59 |
| Total Deductions | 101.72 | 3422.68 | | | |
| NET PAY | $410.33 | $12,909.03 | | | |
| Federal Earnings | 486.45 | 15515.12 | | | |
| FICA Earnings | 512.05 | 16331.71 | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | | Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| WkEnding Type | | | | | | | Federal W/H | | 188.08 |
| 05/23/19 Regular | 14.630 | | 35.00 | | | | FICA | 31.75 | 1012.54 |
| | | | | | | | Medicare | 7.42 | 236.84 |
| | | Total | 35.00 | .00 | .00 | | PA W/H | 15.72 | 501.40 |
| | | | | | | | PA SUI W/H | .31 | 9.79 |
| | | | | | | | PA, Philadelphia Cit | 19.92 | 635.44 |
| | | | | | | | PA LST, Tredyffrin T | 1.00 | 22.00 |
| | | | | | | | **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| | |
|---|---|
| Advice Number: | 43334949 |
| Advice Date: | 05/30/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 410.33 |

## NON-NEGOTIABLE

## Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | | | | | |
|---|---|---|---|---|---|
| | | | Page 001 of 001 | | |
| | | Period Beg/End | 05/10/2019 ~ 05/16/2019 | | |
| | | Advice Date: | 05/23/2019 | | |
| | | Advice Number: | 43158891 | | |
| | | Batch Number: | 61174 | | |
| | | Employee No: | 343291 | | |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked:    36.00
Basis of Pay:          Hourly
Pay Rate:              14.63

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 526.68 | 15819.66 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 526.68 | 15819.66 | | | |
| Deductions | | | | | |
| Pre-tax | 26.33 | 790.99 | | | |
| Taxes | 78.27 | 2529.97 | Pre-Tax Deductions | | |
| Additional Deductions | .00 | .00 | 401K | 26.33 | 790.99 |
| Total Deductions | 104.60 | 3320.96 | | | |
| NET PAY | $422.08 | $12,498.70 | | | |
| Federal Earnings | 500.35 | 15028.67 | | | |
| FICA Earnings | 526.68 | 15819.66 | | | |

| Wages | Reg | Prem | Reg | OT | DT | | Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| WkEnding Type | Rate | Rate | Hours | Hours | Hours | | Federal W/H | | 188.08 |
| 05/16/19 Regular | 14.630 | | 36.00 | | | | FICA | 32.65 | 980.79 |
| | | | | | | | Medicare | 7.64 | 229.42 |
| | | Total | 36.00 | .00 | .00 | | PA W/H | 16.17 | 485.68 |
| | | | | | | | PA SUI W/H | .32 | 9.48 |
| | | | | | | | PA, Philadelphia Cit | 20.49 | 615.52 |
| | | | | | | | PA LST, Tredyffrin T | 1.00 | 21.00 |
| | | | | | | | Additional Deductions | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| | |
|---|---|
| Advice Number: | 43158891 |
| Advice Date: | 05/23/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Richard M Gaines** | XXXX4401 | 422.08 |

**NON-NEGOTIABLE**

## Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

| | Page 001 of 001 |
|---|---|
| Period Beg/End | 05/03/2019 - 05/09/2019 |
| Advice Date: | 05/16/2019 |
| Advice Number: | 42991320 |
| Batch Number: | 60970 |
| Employee No: | 343291 |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA  19126

**For inquiries on this statement please call: (800)260-0852**

| Total Hours Worked: | 36.00 |
|---|---|
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 526.68 | 15292.98 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 526.68 | 15292.98 |
| **Deductions** | | |
| Pre-tax | 26.33 | 764.66 |
| Taxes | 78.27 | 2451.70 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 104.60 | 3216.36 |
| NET PAY | $422.08 | $12,076.62 |
| Federal Earnings | 500.35 | 14528.32 |
| FICA Earnings | 526.68 | 15292.98 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| | | |
| **Pre-Tax Deductions** | | |
| 401K | 26.33 | 764.66 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 05/09/19 Regular | 14.630 | | 36.00 | | |
| | Total | 36.00 | .00 | .00 | |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 188.08 |
| FICA | 32.65 | 948.14 |
| Medicare | 7.64 | 221.78 |
| PA W/H | 16.17 | 469.51 |
| PA SUI W/H | .32 | 9.16 |
| PA, Philadelphia Cit | 20.49 | 595.03 |
| PA LST, Tredyffrin T | 1.00 | 20.00 |
| **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Advice Number: | 42991320 |
|---|---|
| Advice Date: | 05/16/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 422.08 |

**NON-NEGOTIABLE**

## Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

| | | |
|---|---|---|
| Page 001 of 001 | | |
| Period Beg/End | 04/26/2019 - 05/02/2019 | |
| Advice Date: | 05/09/2019 | |
| Advice Number: | 42816685 | |
| Batch Number: | 60767 | |
| Employee No: | 343291 | |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA  19126

**For inquiries on this statement please call: (800)260-0852**

| | |
|---|---|
| Total Hours Worked: | 71.00 |
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 1265.50 | 14766.30 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 1265.50 | 14766.30 |
| **Deductions** | | |
| Pre-tax | 63.28 | 738.33 |
| Taxes | 238.08 | 2373.43 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 301.36 | 3111.76 |
| NET PAY | $964.14 | $11,654.54 |
| Federal Earnings | 1202.22 | 14027.97 |
| FICA Earnings | 1265.50 | 14766.30 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 05/02/19 Regular | 14.630 | 21.945 | 40.00 | 31.00 | |
| 05/02/19 Vacation | 14.630 | | | | |
| 05/02/19 Vacation Buy | 14.630 | | | | |
| Total | | | 40.00 | 31.00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |
| 401K | 63.28 | 738.33 |
| **Taxes** | | |
| Federal W/H | 51.42 | 188.08 |
| FICA | 78.46 | 915.49 |
| Medicare | 18.35 | 214.14 |
| PA W/H | 38.85 | 453.34 |
| PA SUI W/H | .76 | 8.84 |
| PA, Philadelphia Cit | 49.24 | 574.54 |
| PA LST, Tredyffrin T | 1.00 | 19.00 |
| **Additional Deductions** | | |

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

| | |
|---|---|
| Advice Number: | 42816685 |
| Advice Date: | 05/09/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 964.14 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

| | | | |
|---|---|---|---|
| | **Exemptions** | **Addl** | **Status** |
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852

Total Hours Worked:   48.00
Basis of Pay:   Hourly
Pay Rate:   14.63

| Page 001 of 001 | |
|---|---|
| Period Beg/End | 04/19/2019 - 04/25/2019 |
| Advice Date: | 05/02/2019 |
| Advice Number: | 42649272 |
| Batch Number: | 60579 |
| Employee No: | 343291 |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 1024.11 | 13500.80 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 1024.11 | 13500.80 | | | |
| Deductions | | | | | |
| Pre-tax | 51.21 | 675.05 | | | |
| Taxes | 177.38 | 2135.35 | **Pre-Tax Deductions** | | |
| Additional Deductions | .00 | .00 | 401K | 51.21 | 675.05 |
| Total Deductions | 228.59 | 2810.40 | | | |
| NET PAY | $795.52 | $10,690.40 | | | |
| Federal Earnings | 972.90 | 12825.75 | | | |
| FICA Earnings | 1024.11 | 13500.80 | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | | | | | | Federal W/H | 26.14 | 136.66 |
| 04/25/19 Regular | 14.630 | 21.945 | 31.00 | 17.00 | | FICA | 63.49 | 837.03 |
| 04/25/19 Holiday Work | 21.945 | | 9.00 | | | Medicare | 14.85 | 195.79 |
| | | | | | | PA W/H | 31.44 | 414.49 |
| | | Total | 40.00 | 17.00 | .00 | PA SUI W/H | .61 | 8.08 |
| | | | | | | PA, Philadelphia Cit | 39.85 | 525.30 |
| | | | | | | PA LST, Tredyffrin T | 1.00 | 18.00 |
| | | | | | | **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| | |
|---|---|
| Advice Number: | 42649272 |
| Advice Date: | 05/02/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Richard M Gaines** | XXXX4401 | 795.52 |

## NON-NEGOTIABLE

## Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | | | |
|---|---|---|---|
| **Exemptions** | **Addl** | **Status** | |
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked:  32.00
Basis of Pay:  Hourly
Pay Rate:  14.63

Page 001 of 001
Period Beg/End    04/12/2019 - 04/18/2019
Advice Date:    04/25/2019
Advice Number:    42481703
Batch Number:    60405
Employee No:    343291

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 585.20 | 12476.69 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 585.20 | 12476.69 | | | |
| Deductions | | | | | |
| Pre-tax | 29.26 | 623.84 | | | |
| Taxes | 86.86 | 1957.97 | **Pre-Tax Deductions** | | |
| Additional Deductions | .00 | .00 | 401K | 29.26 | 623.84 |
| Total Deductions | 116.12 | 2581.81 | | | |
| NET PAY | $469.08 | $9,894.88 | | | |
| Federal Earnings | 555.94 | 11852.85 | | | |
| FICA Earnings | 585.20 | 12476.69 | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | | Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| WkEnding Type | | | | | | | Federal W/H | | 110.52 |
| 04/18/19 Regular | 14.630 | | 32.00 | | | | FICA | 36.28 | 773.54 |
| 04/18/19 Vacation | 14.630 | | 8.00 | | | | Medicare | 8.49 | 180.94 |
| | | Total | 40.00 | .00 | .00 | | PA W/H | 17.97 | 383.05 |
| | | | | | | | PA SUI W/H | .35 | 7.47 |
| | | | | | | | PA, Philadelphia Cit | 22.77 | 485.45 |
| | | | | | | | PA LST, Tredyffrin T | 1.00 | 17.00 |
| | | | | | | | **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

Advice Number:    42481703

Advice Date:    04/25/2019

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 469.08 |

## NON-NEGOTIABLE

## Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | | |
|---|---|---|
| | | Page 001 of 001 |
| Period Beg/End | 04/05/2019 – 04/11/2019 |
| Advice Date: | 04/18/2019 |
| Advice Number: | 42306991 |
| Batch Number: | 60227 |
| Employee No: | 343291 |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

**For inquiries on this statement please call: (800)260-0852**

| | |
|---|---|
| Total Hours Worked: | 60.00 |
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 1024.10 | 11891.49 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 1024.10 | 11891.49 | | | |
| **Deductions** | | | | | |
| Pre-tax | 51.21 | 594.58 | | | |
| Taxes | 177.37 | 1871.11 | **Pre-Tax Deductions** | | |
| Additional Deductions | .00 | .00 | 401K | 51.21 | 594.58 |
| Total Deductions | 228.58 | 2465.69 | | | |
| **NET PAY** | **$795.52** | **$9,425.80** | | | |
| Federal Earnings | 972.89 | 11296.91 | | | |
| FICA Earnings | 1024.10 | 11891.49 | | | |

| Wages | Reg | Prem | Reg | OT | DT | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | Rate | Rate | Hours | Hours | Hours | Federal W/H | 26.14 | 110.52 |
| 04/11/19 Regular | 14.630 | 21.945 | 40.00 | 20.00 | | FICA | 63.49 | 737.26 |
| | | | | | | Medicare | 14.85 | 172.45 |
| | | | | | | PA W/H | 31.44 | 365.08 |
| | | Total | 40.00 | 20.00 | .00 | PA SUI W/H | .61 | 7.12 |
| | | | | | | PA, Philadelphia Cit | 39.84 | 462.68 |
| | | | | | | PA LST, Tredyffrin T | 1.00 | 16.00 |
| | | | | | | **Additional Deductions** | | |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| | |
|---|---|
| Advice Number: | 42306991 |
| Advice Date: | 04/18/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 795.52 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | | Page 001 of 001 |
|---|---|---|
| Period Beg/End | | 03/29/2019 - 04/04/2019 |
| Advice Date: | | 04/11/2019 |
| Advice Number: | | 42138107 |
| Batch Number: | | 60052 |
| Employee No: | | 343291 |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 6 | $0.00 | Married |
| State: | 0 | $0.00 | |

Richard M Gaines
1500 Orland St
Philadelphia, PA 19126

**For inquiries on this statement please call: (800)260-0852**

| | |
|---|---|
| Total Hours Worked: | 44.00 |
| Basis of Pay: | Hourly |
| Pay Rate: | 14.63 |

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 790.02 | 10867.39 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 790.02 | 10867.39 | | | |
| **Deductions** | | | | | |
| Pre-tax | 39.50 | 543.37 | **Pre-Tax Deductions** | | |
| Taxes | 120.80 | 1693.74 | 401K | 39.50 | 543.37 |
| Additional Deductions | .00 | .00 | | | |
| Total Deductions | 160.30 | 2237.11 | | | |
| NET PAY | $629.72 | $8,630.28 | | | |
| Federal Earnings | 750.52 | 10324.02 | | | |
| FICA Earnings | 790.02 | 10867.39 | | | |

| Wages | Reg | Prem | Reg | OT | DT | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | Rate | Rate | Hours | Hours | Hours | Federal W/H | 3.90 | 84.38 |
| 04/04/19 Regular | 14.630 | 21.945 | 40.00 | 4.00 | | FICA | 48.98 | 673.77 |
| 04/04/19 Vacation | 14.630 | | 8.00 | | | Medicare | 11.46 | 157.60 |
| | | Total | 48.00 | 4.00 | .00 | PA W/H | 24.25 | 333.64 |
| | | | | | | PA SUI W/H | .47 | 6.51 |
| | | | | | | PA, Philadelphia Cit | 30.74 | 422.84 |
| | | | | | | PA LST, Tredyffrin T | 1.00 | 15.00 |
| | | | | | | **Additional Deductions** | | |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| | |
|---|---|
| Advice Number: | 42138107 |
| Advice Date: | 04/11/2019 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Richard M Gaines | XXXX4401 | 629.72 |

**NON-NEGOTIABLE**

COURTYARD MARRIOTT...     BRENDA GAINES

Log Out

## Check Stub

| PAY SUMMARY | YEAR-TO-DATE INFO | TOTAL COMP REPORT |
|---|---|---|

**Pay Date**

06/06/2019

**EARNINGS**

| | |
|---|---|
| Regular Pay | $1,604.42 |
| Holiday Pay | $178.27 |

**TAXES**

| | |
|---|---|
| FICA - OASDI | $70.84 |
| PHILADELPHIA,PHILADELPHIA COUNTY,PA RES CIWT | $69.18 |
| FEDERAL INCOME TAX | $49.16 |
| PA INCOME TAX | $35.08 |
| FICA - MEDICARE | $16.56 |
| PA SUI EMPLOYEE TAX | $1.07 |

**DEDUCTIONS**

| | |
|---|---|
| Medical 125 | $505.47 |
| Dental 125 | $82.50 |
| Flex Med | $42.78 |
| 401(K) | $35.65 |
| Vision Sec 125 | $9.35 |
| TOTAL | $865.05 |



**History Year**

2019

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
|----------|------|--------------|-----------|-------|------------|---------|
| 6/20/2019 | B | 6096158 | $1,782.69 | $241.90 | $675.75 | $865.04 |
| 6/6/2019 | B | 6051965 | $1,782.69 | $241.89 | $675.75 | $865.05 |
| 5/23/2019 | B | 6006981 | $1,782.69 | $250.76 | $632.97 | $898.96 |

Terms of Use  |  Privacy Policy  |  Contact Us

© CoAdvantage Resources, Inc. and affiliates
("CoAdvantage") - All Rights Reserved

COURTYARD MARRIOTT...          BRENDA GAINES

Log Out

## Check Stub

| PAY SUMMARY | YEAR-TO-DATE INFO | TOTAL COMP REPORT |
|---|---|---|

**Pay Date**

05/23/2019

**EARNINGS**

| Regular Pay | $1,782.69 |
|---|---|

**TAXES**

| FICA - OASDI | $73.50 |
|---|---|
| []
| PHILADELPHIA,PHILADELPHIA
| COUNTY,PA RES CIWT | $69.18 |
| FEDERAL INCOME TAX | $53.43 |
| PA INCOME TAX | $36.39 |
| FICA - MEDICARE | $17.19 |
| PA SUI EMPLOYEE
| TAX | $1.07 |

**DEDUCTIONS**

| Medical 125 | $505.47 |
|---|---|
| Dental 125 | $82.50 |
| 401(K) | $35.65 |
| Vision Sec 125 | $9.35 |

| TOTAL | $898.96 |
|---|---|



History Year

| 2019 | |
| --- | --- |

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| 6/20/2019 | B | 6096158 | $1,782.69 | $241.90 | $675.75 | $865.04 |
| 6/6/2019 | B | 6051965 | $1,782.69 | $241.89 | $675.75 | $865.05 |
| 5/23/2019 | B | 6006981 | $1,782.69 | $250.76 | $632.97 | $898.96 |

Terms of Use   |   Privacy Policy   |   Contact Us

© CoAdvantage Resources, Inc. and affiliates
("CoAdvantage") - All Rights Reserved

COURTYARD MARRIOTT...           BRENDA GAINES

Log Out

## Check Stub

| PAY SUMMARY | YEAR-TO-DATE INFO | TOTAL COMP REPORT |
|---|---|---|

**Pay Date**

05/09/2019

### EARNINGS

| | |
|---|---|
| Bonus | $2,965.01 |
| Regular Pay | $1,782.69 |

### TAXES

| | |
|---|---|
| FEDERAL INCOME TAX | $429.77 |
| FICA - OASDI | $254.94 |
| ▯ PHILADELPHIA,PHILADELPHIA COUNTY,PA RES CIWT | $184.25 |
| PA INCOME TAX | $126.24 |
| FICA - MEDICARE | $59.62 |
| PA SUI EMPLOYEE TAX | $2.85 |

### DEDUCTIONS

| | |
|---|---|
| Medical 125 | $505.47 |
| 401(K) | $94.95 |
| Dental 125 | $82.50 |
| Flex Med | $38.46 |
| Vision Sec 125 | $9.35 |

| TOTAL | $2,959.30 |
|---|---|



History Year

| 2019 |
|------|

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
|----------|------|--------------|-----------|-------|------------|---------|
| 5/9/2019 | B | 5955912 | $4,747.70 | $1,057.67 | $730.73 | $2,959.30 |
| 4/25/2019 | B | 5910544 | $1,782.69 | $242.78 | $671.43 | $868.48 |
| 4/11/2019 | B | 5866070 | $1,782.69 | $210.48 | $507.87 | $1,064.34 |
| 3/28/2019 | B | 5814966 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 3/14/2019 | B | 5771843 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 2/28/2019 | B | 5729540 | $1,782.69 | $210.49 | $685.06 | $887.14 |
| 2/14/2019 | B | 5678381 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/31/2019 | B | 5636283 | $1,782.69 | $334.72 | $74.11 | $1,373.86 |
| 1/28/2019 | B | 5627743 | $3,313.31 | $1,200.11 | $66.27 | $2,046.93 |
| 1/17/2019 | B | 5594894 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/3/2019 | B | 5546305 | $1,782.69 | $210.48 | $685.06 | $887.15 |

Terms of Use   |   Privacy Policy   |   Contact Us

© CoAdvantage Resources, Inc. and affiliates
("CoAdvantage") - All Rights Reserved

COURTYARD MARRIOTT...            BRENDA GAINES

Log Out

## Check Stub

| PAY SUMMARY | YEAR-TO-DATE INFO | TOTAL COMP REPORT |
|---|---|---|

**Pay Date**

04/25/2019

### EARNINGS

| Regular Pay | $1,782.69 |
|---|---|

### TAXES

| FICA - OASDI | $71.10 |
|---|---|
| PHILADELPHIA,PHILADELPHIA COUNTY,PA RES CIWT | $69.18 |
| FEDERAL INCOME TAX | $49.59 |
| PA INCOME TAX | $35.21 |
| FICA - MEDICARE | $16.63 |
| PA SUI EMPLOYEE TAX | $1.07 |

### DEDUCTIONS

| Medical 125 | $505.47 |
|---|---|
| Dental 125 | $82.50 |
| Flex Med | $38.46 |
| 401(K) | $35.65 |
| Vision Sec 125 | $9.35 |
| TOTAL | $868.48 |



**History Year**

| 2019 | |
|---|---|

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 5/9/2019 | B | 5955912 | $4,747.70 | $1,057.67 | $730.73 | $2,959.30 |
| 4/25/2019 | B | 5910544 | $1,782.69 | $242.78 | $671.43 | $868.48 |
| 4/11/2019 | B | 5866070 | $1,782.69 | $210.48 | $507.87 | $1,064.34 |
| 3/28/2019 | B | 5814966 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 3/14/2019 | B | 5771843 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 2/28/2019 | B | 5729540 | $1,782.69 | $210.49 | $685.06 | $887.14 |
| 2/14/2019 | B | 5678381 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/31/2019 | B | 5636283 | $1,782.69 | $334.72 | $74.11 | $1,373.86 |
| 1/28/2019 | B | 5627743 | $3,313.31 | $1,200.11 | $66.27 | $2,046.93 |
| 1/17/2019 | B | 5594894 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/3/2019 | B | 5546305 | $1,782.69 | $210.48 | $685.06 | $887.15 |

Terms of Use  |  Privacy Policy  |  Contact Us

© CoAdvantage Resources, Inc. and affiliates
("CoAdvantage") - All Rights Reserved

COURTYARD MARRIOTT...             BRENDA GAINES

Log Out

## Check Stub

| PAY SUMMARY | YEAR-TO-DATE INFO | TOTAL COMP REPORT |
|---|---|---|

**Pay Date**

| 04/11/2019 | |
|---|---|

### EARNINGS

| Regular Pay | $1,604.42 |
|---|---|
| Paid Time Off | $178.27 |

### TAXES

| FICA - OASDI | $71.11 |
|---|---|
| []  PHILADELPHIA,PHILADELPHIA COUNTY,PA RES CIWT | $69.18 |
| PA INCOME TAX | $35.21 |
| FEDERAL INCOME TAX | $17.28 |
| FICA - MEDICARE | $16.63 |
| PA SUI EMPLOYEE TAX | $1.07 |

### DEDUCTIONS

| Medical 125 | $505.47 |
|---|---|
| Dental 125 | $82.50 |
| Flex Med | $38.46 |
| 401(K) | $35.65 |
| Vision Sec 125 | $9.35 |
| Life Ins | ($27.26) |
| Life Ins | ($27.26) |
| Life Ins | ($27.26) |
| Life Ins | ($27.26) |
| Life Ins | ($27.26) |
| Life Ins | ($27.26) |

| TOTAL | $1,064.34 |
|---|---|



— Earnings ⚊ Taxes ⚊ Deductions

History Year

| 2019 | |
|------|--|

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
|----------|------|--------------|-----------|-------|------------|---------|
| 5/9/2019 | B | 5955912 | $4,747.70 | $1,057.67 | $730.73 | $2,959.30 |
| 4/25/2019 | B | 5910544 | $1,782.69 | $242.78 | $671.43 | $868.48 |
| 4/11/2019 | B | 5866070 | $1,782.69 | $210.48 | $507.87 | $1,064.34 |
| 3/28/2019 | B | 5814966 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 3/14/2019 | B | 5771843 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 2/28/2019 | B | 5729540 | $1,782.69 | $210.49 | $685.06 | $887.14 |
| 2/14/2019 | B | 5678381 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/31/2019 | B | 5636283 | $1,782.69 | $334.72 | $74.11 | $1,373.86 |
| 1/28/2019 | B | 5627743 | $3,313.31 | $1,200.11 | $66.27 | $2,046.93 |
| 1/17/2019 | B | 5594894 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/3/2019 | B | 5546305 | $1,782.69 | $210.48 | $685.06 | $887.15 |

Terms of Use   |   Privacy Policy   |   Contact Us

© CoAdvantage Resources, Inc. and affiliates
("CoAdvantage") - All Rights Reserved

COURTYARD MARRIOTT...            BRENDA GAINES

Log Out

## Check Stub

|     | PAY SUMMARY | YEAR-TO-DATE INFO | TOTAL COMP REPORT |
|-----|-------------|-------------------|-------------------|

**Pay Date**

03/28/2019

### EARNINGS

| | |
|---|---|
| Regular Pay | $1,604.42 |
| Paid Time Off | $178.27 |

### TAXES

| | |
|---|---|
| FICA - OASDI | $71.11 |
| 🞏 PHILADELPHIA,PHILADELPHIA COUNTY,PA RES CIWT | $69.18 |
| PA INCOME TAX | $35.21 |
| FEDERAL INCOME TAX | $17.28 |
| FICA - MEDICARE | $16.63 |
| PA SUI EMPLOYEE TAX | $1.07 |

### DEDUCTIONS

| | |
|---|---|
| Medical 125 | $505.47 |
| Dental 125 | $82.50 |
| Flex Med | $38.46 |
| 401(K) | $35.65 |
| Life Ins | $13.63 |
| Vision Sec 125 | $9.35 |
| TOTAL | $887.15 |



History Year

| 2019 |  |
|------|--|

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
|----------|------|--------------|-----------|-------|------------|---------|
| 5/9/2019 | B | 5955912 | $4,747.70 | $1,057.67 | $730.73 | $2,959.30 |
| 4/25/2019 | B | 5910544 | $1,782.69 | $242.78 | $671.43 | $868.48 |
| 4/11/2019 | B | 5866070 | $1,782.69 | $210.48 | $507.87 | $1,064.34 |
| 3/28/2019 | B | 5814966 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 3/14/2019 | B | 5771843 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 2/28/2019 | B | 5729540 | $1,782.69 | $210.49 | $685.06 | $887.14 |
| 2/14/2019 | B | 5678381 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/31/2019 | B | 5636283 | $1,782.69 | $334.72 | $74.11 | $1,373.86 |
| 1/28/2019 | B | 5627743 | $3,313.31 | $1,200.11 | $66.27 | $2,046.93 |
| 1/17/2019 | B | 5594894 | $1,782.69 | $210.48 | $685.06 | $887.15 |
| 1/3/2019 | B | 5546305 | $1,782.69 | $210.48 | $685.06 | $887.15 |

Terms of Use   |   Privacy Policy   |   Contact Us

© CoAdvantage Resources, Inc. and affiliates
("CoAdvantage") - All Rights Reserved