# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-12974-MDC

RICHARD MARTIN GAINES
BRENDA YVONNE GAINES
1500 ORLAND STREET

PHILADELPHIA, PA 19126-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RICHARD MARTIN GAINES
    BRENDA YVONNE GAINES
    1500 ORLAND STREET

    PHILADELPHIA, PA 19126-

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 8/27/2019

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee