## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-12974-MDC

RICHARD MARTIN GAINES
BRENDA YVONNE GAINES
1500 ORLAND STREET

PHILADELPHIA, PA 19126-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD MARTIN GAINES
BRENDA YVONNE GAINES
1500 ORLAND STREET

PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 10/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee