UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Richard Martin Gaines
        Brenda Yvonne Gaines
        Bankruptcy No.  19-12974-mdc
        Adversary No.
        Chapter 13

                                        Date:   1/9/2020

To:     Georgette Miller Esq PC
335 Evesham Avenue
Lawnside, NJ 08045

## NOTICE OF INACCURATE FILING

Re:  Debtor Education Financial Management Course Certificate

The above pleading was filed in this office on 1/6/2020. Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )     Debtor's name does not match case number listed
( )     Debtor's name and/or case number (is) are missing.
( )     Wrong PDF document attached
( )     PDF document  not legible
( )     Notice of Motion/Objection
( )     Electronic Signature missing
(xx)    Other- Incorrect case number on certificate

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                                        Timothy B. McGrath
                                        Clerk


                                        By:  **C. Wagner**
                                        Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04