# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Richard Martin Gaines<br>          Brenda Yvonne Gaines<br>                    Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>                    Movant<br>          vs.<br>Richard Martin Gaines<br>Brenda Yvonne Gaines<br>                    Debtor(s)<br>William C. Miller Esq.<br>                    Trustee | NO. 19-12974 MDC |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **August 29, 2019, docket number 27**.

                    Respectfully submitted,

                    By: **/s/ Rebecca A. Solarz, Esquire**
                         Rebecca A. Solarz, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322
                         Attorney for Movant/Applicant

January 20, 2020