**PA Paralegal**

| | |
|---|---|
| From: | Edmunds <messages@email.edmunds.com> |
| Sent: | Thursday, January 9, 2020 5:19 PM |
| To: | PA Paralegal |
| Subject: | Your Appraisal Info - 2016 Kia Rio LX 4dr Sedan (1.6L 4cyl 6A) Appraisal |

# edmunds

Hi,

Get the most accurate, up-to-date pricing with Edmunds. Check out the official Edmunds appraisal of your 2016 Kia Rio LX 4dr Sedan (1.6L 4cyl 6A):



Would you recommend this car?         ★★★★★
(click to rate)



2016 Kia Rio LX 4dr Sedan (1.6L 4cyl 6A) LX

| | rough | average | clean | outstanding |
|---|---|---|---|---|
| TRADE-IN | $2,444 | $3,022 | $3,849 | $4,241 |
| PRIVATE PARTY | $3,597 | $4,354 | $5,440 | $5,943 |

**True Market Value®**

| | |
|---|---|
| Trade-in | $3,022 |
| Dealer Retail | $5,560 |

| Private Party Sale | $4,354 |
|---|---|

### Customized True Market Value Prices®

| | Trade-in |
|---|---|
| National Base Price | $4,713 |
| Optional Equipment | $0 |
| Color Adjustment - Urban Blue | $-1 |
| Regional Adjustment (zip 19014) | $-11 |
| Mileage Adjustment - 70122 miles | $-851 |
| Condition Adjustment - Average | $-828 |
| **Total** | **$3,022** |

| | Private Party |
|---|---|
| National Base Price | $6,309 |
| Optional Equipment | $0 |
| Color Adjustment - Urban Blue | $-1 |
| Regional Adjustment (zip 19014) | $-15 |
| Mileage Adjustment - 70122 miles | $-851 |
| Condition Adjustment - Average | $-1,088 |
| **Total** | **$4,354** |

| | Dealer Retail |
|---|---|
| National Base Price | $7,724 |
| Optional Equipment | $0 |
| Color Adjustment - Urban Blue | $-1 |
| Regional Adjustment (zip 19014) | $-19 |
| Mileage Adjustment - 70122 miles | $-851 |
| Condition Adjustment - Average | $-1,293 |
| **Total** | **$5,560** |

### Buying a Certified Used Vehicle

| | Dealer Retail |
|---|---|
| Certified Used Price | Not eligible |

### Terms Defined