**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: RICHARD GAINES AND
      BRENDA GAINES,        :    CHAPTER 13
                                  :
      DEBTOR(S).        :    CASE NO.: 19-13974-MDC
                                  :
                                  :

**PRECIPE TO WITDRAW**

To the Clerk;

Kindly withdraw docket #54, Exhibit A, in regards to the Motion to Modify Plan filed on 2/4/2020. Thank you.

2/4/2020                                                             Respectfully Submitted,

                                                                 /s/ Michelle Lee
                                                                 Michelle Lee, Esquire
                                                                 Law Offices of Georgette
                                                                 Miller Esq., P.C
                                                               119 S. Easton Road
                                                               Glenside, PA 19038

{00368461;v1}