IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: RICHARD GAINES AND
BRENDA GAINES,      :   CHAPTER 13
                    :   19-12974
DEBTOR(S).          :   CASE NO.: 19-13974-MDC
                    :   mk
                    :
                    :

ORDER

And Now this _March 3_, 2020, upon consideration of Debtors Richard and Brenda Gaines' Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is granted, and that the allowed secured claim of Exeter Finance, LLC be $5560. The remaining balance shall be treated as unsecured.

_Magdeline D. C___
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{00368419;v1}