**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Richard Martin Gaines | : CHAPTER 13 |
| Brenda Yvonne Gaines | |
| | : CASE NO.:19-12947 |
| Debtor(s), | : |

## CERTIFICATION OF SERVICE

    Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtors Amended Plan on 5/13/2020, and upon the following individuals listed below, by electronic means and/or first class mail.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Richard and Brenda Gaines
1500 Orland Street
Philadelphia, PA 19126

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                                Respectfully Submitted,

Date:  4/7/2020                                /s/ Michelle Lee
                                                       Michelle Lee, Esq.
                                                       Law Offices of Georgette Miller, Esq., P.C.
                                                       119 S. Easton Rd.
                                                       Glenside, PA 19038

{00377508;v1}