United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard Martin Gaines  
Brenda Yvonne Gaines  
    Debtor(s)

Case No. 19-12974-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 1 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: 155 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     + Richard Martin Gaines, Brenda Yvonne Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason     Name and Address**  
jdb     *+     Brenda Yvonne Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**     **Email Address**

GEORGETTE MILLER  
    on behalf of Joint Debtor Brenda Yvonne Gaines mlee@margolisedelstein.com  
    georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com;mcon1@margolisedelstein.com

GEORGETTE MILLER  
    on behalf of Debtor Richard Martin Gaines mlee@margolisedelstein.com  
    georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com;mcon1@margolisedelstein.com

KEVIN G. MCDONALD  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 2 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: 155 | Total Noticed: 1 |

REBECCA ANN SOLARZ     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Richard Martin Gaines and Brenda Yvonne Gaines
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−12974−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this October 8, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

92
Form 155