UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Richard & Brenda Gaines, | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No. 19-12974-mdc |

**O R D E R**

**AND NOW, this 25th day of February 2022, upon** consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**

{00384558;v1}