UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
3/24/2022


To:  GEORGETTE MILLER
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W
Suite 400
Philadelphia, PA 19106

                         In re: Richard and Brenda Gaines
                         Bankruptcy No. 19-12974-mdc
                         Adversary No.
                         Chapter 13


        Re: Application for Compensation
The above pleading was filed in this office on 2/23/2022 .
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:


          ()   Affidavit
          ()   Certificate of Service
          (xx) Certification of no response
          ()   Notice pursuant to Rule 9019
          ()   Notice pursuant to Rule 2002
          ()   Notice pursuant to Rule 3007.1
          ()   Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
          ()   Proposed Order
          ()   Stipulation
          ()   Certification of Default
          ()   Other


In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.


                    Timothy B. McGrath
                    Clerk



                    By: _____C. Wagner_____
                           Deputy Clerk

status.frm
(rev. 11/26/2018)