**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Richard and Brenda Gaines          CHAPTER 13

       DEBTOR(S)               BANKRUPTCY NO: 19-12974

**<u>CERTIFICATION OF NO RESPONSE</u>**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>February 23, 2022</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: March 15, 2022          /s/ Margolis Edelstein
                               Margolis Edelstein
                               100 Century Parkway, Suite 200
                               Mt. Laurel, NJ 08054