United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-12974-mdc
Richard Martin Gaines  Chapter 13
Brenda Yvonne Gaines
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 16, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Martin Gaines, Brenda Yvonne Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:

**Name** — **Email Address**

GEORGETTE MILLER
    on behalf of Joint Debtor Brenda Yvonne Gaines Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

GEORGETTE MILLER
    on behalf of Debtor Richard Martin Gaines Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 16, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Richard and Brenda Gaines     :     Chapter 13
                                     :
Debtor(s).                           :     Bankruptcy No. 19-12974

ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation in the amount of $1500.00 are ALLOWED in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:  June 15, 2022

cc:    Kenneth West
       Chapter 13 Trustee
       1234 Market Street
       Suite# 1813
       Philadelphia, PA 19107

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Richard and Brenda Gaines
       1500 Orland Street
       Philadelphia, PA 19126