*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Richard Martin Gaines and
Brenda Yvonne Gaines
    Debtor(s)

Case No: 19−12974−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default

    on: 11/7/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/11/23

Timothy B. McGrath
Clerk of Court

119 − 118
Form 167