United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12974-mdc |
| Richard Martin Gaines | Chapter 13 |
| Brenda Yvonne Gaines | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 11, 2023 | Form ID: 167 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Richard Martin Gaines, Brenda Yvonne Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754 |
| 14321494 | | Abington Memorial Hospital-Patient Pay, PO BOX 826580, Philadelphia, PA 19182-6580 |
| 14321500 | + | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-4148 |
| 14321506 | + | Colon and Rectal Assoc, 1235 Old York Road, Suite G20, Abington, PA 19001-3893 |
| 14321511 | | Hyundai Lease Tilting, P.O. Box 660891, Dallas, TX 75266-0891 |
| 14324408 | + | PNC BANK NATIONAL ASSOCIATION, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14321520 | + | Philmont Guidance Center PC, 727 Welsh Road, Suite 202, Huntingdon Valley, PA 19006-6311 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14321493 | + | Email/Text: bankruptcynotice@1fbusa.com | Oct 12 2023 00:37:00 | 1st financial bank, po box 1200, North Sioux City, SD 57049-1200 |
| 14321495 | ^ | MEBN | Oct 12 2023 00:33:27 | Allstate Fire and Casualty Insurance Co, PO BOX 4303, Carol Stream, IL 60197-4303 |
| 14321496 | + | Email/Text: bankruptcy@acacceptance.com | Oct 12 2023 00:37:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14321499 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 00:37:01 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14385371 | | Email/Text: megan.harper@phila.gov | Oct 12 2023 00:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14338825 | + | Email/Text: documentfiling@lciinc.com | Oct 12 2023 00:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14321497 | + | Email/Text: bankruptcy@usecapital.com | Oct 12 2023 00:37:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14321498 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2023 00:48:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14321502 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 00:48:17 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14358256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 00:37:12 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14321504 | + | Email/Text: bankruptcy@philapark.org | Oct 12 2023 00:37:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14321503 | + | Email/Text: bankruptcy@philapark.org | Oct 12 2023 00:37:00 | City of Philadelphia, PO Box 41818, Philadelphia, |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | PA 19101-1818 |
| 14321507 | | Email/Text: documentfiling@lciinc.com | Oct 12 2023 00:37:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 14321508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2023 00:37:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14443416 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 12 2023 00:47:47 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 14323085 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2023 00:37:01 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14336738 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2023 00:37:11 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14321510 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 12 2023 00:37:10 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 14321512 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 12 2023 00:37:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14321514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 12 2023 00:37:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14563165 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 00:37:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14323578 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 00:36:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14343498 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2023 00:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321515 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 12 2023 00:37:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14321519 | ^ | MEBN | Oct 12 2023 00:33:24 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14357851 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2023 00:37:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14321521 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2023 00:37:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14358031 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 12 2023 00:36:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14321516 | ^ | MEBN | Oct 12 2023 00:33:26 | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14349090 | ^ | MEBN | Oct 12 2023 00:33:25 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14336491 | + | Email/Text: bankruptcy@philapark.org | Oct 12 2023 00:37:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14323579 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 00:37:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14324014 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2023 00:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14326864 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 12 2023 00:37:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, Dallas TX 75356-0284 |
| 14326532 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 12 2023 00:37:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14321522 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 12 2023 00:37:00 | Transworld Systems, Inc., Collection Agency, 507 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 167 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14336569 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 12 2023 00:37:00 | Prudential Road, Horsham, PA 19044-2308 U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14321509 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 12 2023 00:37:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14321523 | + Email/Text: megan.harper@phila.gov | Oct 12 2023 00:37:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14321505 | | city of philadelphia |
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14321501 | * | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-4148 |
| 14328306 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14321513 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14321517 | * | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14321518 | * | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Brenda Yvonne Gaines bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Debtor Richard Martin Gaines bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Oct 11, 2023 Form ID: 167 Total Noticed: 46

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Richard Martin Gaines and
Brenda Yvonne Gaines
    Debtor(s)

Case No: 19−12974−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default

    on: 11/7/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/11/23

Timothy B. McGrath
Clerk of Court

119 − 118
Form 167