Certificate Number: 15317-PAE-DE-039916597

Bankruptcy Case Number: 19-12974



15317-PAE-DE-039916597

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2025, at 1:01 o'clock PM PDT, Brenda Y Gaines completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 28, 2025              By:   /s/Marvin Dela Cruz

                                   Name: Marvin Dela Cruz

                                   Title: Credit Counselor