United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-12974-djb
Richard Martin Gaines  Chapter 13
Brenda Yvonne Gaines
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Sep 25, 2025      Form ID: 138OBJ      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Richard Martin Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754 |
| jdb | #+ | Brenda Yvonne Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754 |
| 14321494 | | Abington Memorial Hospital-Patient Pay, PO BOX 826580, Philadelphia, PA 19182-6580 |
| 14321497 | #+ | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 14321500 | + | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-4148 |
| 14321506 | + | Colon and Rectal Assoc, 1235 Old York Road, Suite G20, Abington, PA 19001-3893 |
| 14321511 | | Hyundai Lease Tilting, P.O. Box 660891, Dallas, TX 75266-0891 |
| 14324408 | + | PNC BANK NATIONAL ASSOCIATION, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14321520 | + | Philmont Guidance Center PC, 727 Welsh Road, Suite 202, Huntingdon Valley, PA 19006-6311 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2025 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14321493 | + | Email/Text: bankruptcynotice@1fbusa.com | Sep 26 2025 00:42:00 | 1st financial bank, po box 1200, North Sioux City, SD 57049-1200 |
| 14321495 | ^ | MEBN | Sep 26 2025 00:26:59 | Allstate Fire and Casualty Insurance Co, PO BOX 4303, Carol Stream, IL 60197-4303 |
| 14321496 | + | Email/Text: bankruptcy@acacceptance.com | Sep 26 2025 00:42:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14321499 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:45:59 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14385371 | | Email/Text: megan.harper@phila.gov | Sep 26 2025 00:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14338825 | + | Email/Text: documentfiling@lciinc.com | Sep 26 2025 00:41:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14321498 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 01:06:41 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14321502 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:48:04 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |

Case 19-12974-djb   Doc 149   Filed 09/27/25   Entered 09/28/25 00:38:14   Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

| Recip ID | Type | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14358256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:45:39 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14321504 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2025 00:42:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14321503 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2025 00:42:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14321507 | | Email/Text: documentfiling@lciinc.com | Sep 26 2025 00:41:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 14321508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2025 00:41:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14443416 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 26 2025 00:48:30 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 14323085 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2025 00:49:09 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14336738 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2025 00:47:47 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14321510 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 26 2025 00:48:59 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 14321512 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 26 2025 00:42:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14321514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2025 00:41:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14563165 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:46:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14323578 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:48:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14343498 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2025 00:42:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321515 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2025 00:41:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14321519 | ^ | MEBN | Sep 26 2025 00:26:45 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14357851 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2025 00:41:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14321521 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2025 00:41:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14358031 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 00:48:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14321516 | ^ | MEBN | Sep 26 2025 00:26:56 | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14349090 | ^ | MEBN | Sep 26 2025 00:26:46 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14336491 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2025 00:42:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14323579 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:47:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14324014 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2025 00:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14326864 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2025 00:42:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, Dallas TX 75356-0284 |
| 14326532 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2025 00:42:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14321522 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 26 2025 00:42:00 | Transworld Systems, Inc., Collection Agency, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14336569 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 26 2025 00:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14321509 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 26 2025 00:42:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14321523 | + | Email/Text: megan.harper@phila.gov | Sep 26 2025 00:42:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14321505 | | city of philadelphia |
| 14321501 | * | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-4148 |
| 14328306 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14321513 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14321517 | * | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14321518 | * | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 25, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

MICHELLE LEE
    on behalf of Joint Debtor Brenda Yvonne Gaines bky@dilworthlaw.com

MICHELLE LEE
    on behalf of Debtor Richard Martin Gaines bky@dilworthlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Form 138OBJ (6/24)−doc 148 − 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Richard Martin Gaines | ) | Case No. 19−12974−djb |
| | ) | |
| | ) | |
|   Brenda Yvonne Gaines | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 25, 2025

For The Court

Mohung Wong
Clerk of Court