United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-12974-djb

Richard Martin Gaines  Chapter 13

Brenda Yvonne Gaines

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Oct 15, 2025  Form ID: 3180W  Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Richard Martin Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754 |
| jdb | #+ | Brenda Yvonne Gaines, 1500 Orland Street, Philadelphia, PA 19126-2754 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 16 2025 00:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 16 2025 04:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14321496 | + | Email/Text: bankruptcy@acacceptance.com | Oct 16 2025 00:57:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14385371 | | Email/Text: megan.harper@phila.gov | Oct 16 2025 00:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14338825 | + | EDI: COMCASTCBLCENT | Oct 16 2025 04:56:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14358256 | + | EDI: CITICORP | Oct 16 2025 04:56:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14328306 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 16 2025 00:58:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14321514 | | EDI: IRS.COM | Oct 16 2025 04:56:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14563165 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:10:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14323578 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:09:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14343498 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 00:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14321519 | ^ | MEBN | Oct 16 2025 00:56:12 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14357851 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 16 2025 00:57:00 | PNC Bank, N.A., 3232 Newmark Drive, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | Miamisburg, OH 45342 |
| 14358031 | | EDI: PRA.COM | Oct 16 2025 04:56:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14336491 | + | Email/Text: bankruptcy@philapark.org | Oct 16 2025 00:58:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14323579 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:09:34 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14324014 | | EDI: Q3G.COM | Oct 16 2025 04:56:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14326532 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 16 2025 00:57:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14336569 | | EDI: USBANKARS.COM | Oct 16 2025 04:56:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

**Name** **Email Address**

DENISE ELIZABETH CARLON
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JOHN ERIC KISHBAUGH, I
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ekishbaugh@kmllawgroup.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MICHELLE LEE
　　on behalf of Joint Debtor Brenda Yvonne Gaines bky@dilworthlaw.com

MICHELLE LEE
　　on behalf of Debtor Richard Martin Gaines bky@dilworthlaw.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Oct 15, 2025 Form ID: 3180W Total Noticed: 21
TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Martin Gaines<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4097<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brenda Yvonne Gaines<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6854<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   19–12974–djb | | |

## Order of Discharge                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Martin Gaines                    Brenda Yvonne Gaines

10/14/25                                 **By the court:** <u>Derek J Baker</u>
                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**